Steven G. Sklaver (237612)
ssklaver@susmangodfrey.com
Glenn C. Bridgman (298134)
gbridgman@susmangodfrey.com
Lear Jiang (338600)
ljiang@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, 14th Floor
Los Angeles, CA 90067
Telephone: 310-789-3100
Facsimile: 310-789-3150

Seth Ard (*pro hac vice*)
sard@susmangodfrey.com
Ryan C. Kirkpatrick (243824)
rkirkpatrick@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: 212-336-8330
Facsimile: 212-336-8340

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LSIMC, LLC, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:20-cv-11518-SVW-PVCx<br><br>**DISCOVERY MATTER**<br><br>**JOINT STIPULATION AND ORDER REGARDING DOCUMENT PRODUCTION FOR UPCOMING CLASS CERTIFICATION MOTION** |

**Error! Unknown document property name.**

# JOINT STIPULATION

Pursuant to Central District of California Local Rule 7-1, Plaintiff LSIMC, LLC and Defendant American General Life Insurance Company, by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, the deadline for Plaintiff to file a motion for class certification is February 10, 2022;

**WHEREAS**, American General has produced policy level data to date for what it purports to be most but not all of the policies that contain the "expectations of future investment earnings" language that is the subject of this litigation;

**IT IS THEREFORE STIPULATED**, by and between the parties, subject to Court approval, the following:

1. Defendant need not produce additional policy level data for the remaining policies prior to the conclusion of the parties' briefing on class certification.

2. Defendant shall produce any remaining additional policy level data for the remaining policies following the Court's decision on class certification if a class is certified.

3. For purposes of the February 10, 2022 class certification motion deadline and related briefing, the parties acknowledge that the policy level data produced to date is representative of all policy level information kept on all of Defendant's products that contain the "expectations of future investment earnings" language that is the subject of this litigation. As such, Defendant agrees that its arguments on class certification and the Rule 23 factors will be limited to arguments applicable to those plan codes and policies for which it has produced policy level data.

4. Should the Court deny Plaintiff's upcoming class certification motion, Plaintiff agrees that such order shall apply to all plan codes that contain

1

Error! Unknown document property name.

the "expectations of future investment earnings" language that is the subject of this litigation.

Dated: February 4, 2022

/s/ Steven G. Sklaver
Steven G. Sklaver
Glenn C. Bridgman
Lear Jiang
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Telephone: 310-789-3100
Facsimile: 310-789-3150
ssklaver@susmangodfrey.com
gbridgman@susmangodfrey.com
ljiang@susmangodfrey.com

Seth Ard (*pro hac vice*)
Ryan C. Kirkpatrick
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone.: 212-336-8330
Facsimile: 212-336-8340
sard@susmangodfrey.com
rkirkpatrick@susmangodfrey.com

Attorneys for Plaintiff
*LSIMC, LLC*

/s/ David T. McDowell
David T. McDowell

Dan E. Marmalefsky
Nancy R. Thomas
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: 213-892-5200
Facsimile: 213-892-5454
dmarmalefsky@mofo.com
nthomas@mofo.com

David T. McDowell
MCDOWELL HETHERINGTON LLP
1001 Fannin Street, Suite 2700
Houston, TX 77002-6707
Telephone: 713-337-5580
Facsimile: 713-337-8850
david.mcdowell@mhllp.com

Attorneys for Defendant
*American General Life Insurance Company*

**Error! Unknown document property name.**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: February 7, 2022

_____
HON. PEDRO V. CASTILLO
United States Magistrate Judge

**Error! Unknown document property name.**