| | |
|---|---|
| 1 | Steven Sklaver (237612) |
| 2 | Glenn C. Bridgman (298134) |
|   | Lear Jiang (338600) |
|   | SUSMAN GODFREY L.L.P. |
| 3 | 1900 Avenue of the Stars, 14th Floor |
|   | Los Angeles, CA 90067 |
| 4 | Tel: (310) 789-3100 |
|   | Fax: (310) 789-3150 |
| 5 | ssklaver@susmangodfrey.com |
|   | gbridgman@susmangodfrey.com |
| 6 | ljiang@susmangodfrey.com |
| 7 | Seth Ard (*pro hac vice*) |
|   | Ryan C. Kirkpatrick (243824) |
| 8 | SUSMAN GODFREY L.L.P. |
|   | 1301 Avenue of the Americas, 32nd Floor |
| 9 | New York, NY 10019 |
|   | Tel.:  212-336-8330 |
| 10 | Fax:  212-336-8340 |
|   | sard@susmangodfrey.com |
| 11 | rkirkpatrick@susmangodfrey.com |
| 12 | *Attorneys for Plaintiff* |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| LSIMC, LLC, on behalf of itself and all others similarly situated, | Case No. 2:20-cv-11518-SVW (PVCx) |
| Plaintiff, | **CLASS ACTION** |
| vs. | **PLAINTIFF LSIMC, LLC'S NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION** |
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | Hearing: May 9, 2022 |
| Defendant. | Time:  1:30 p.m. |
| | Ctrm:  10A |
| | Judge:  Stephen V. Wilson |
| | Third Amended Compl Filed: 02/09/22 |

PLAINTIFF LSIMC, LLC'S NOTICE OF MOTION FOR CLASS CERTIFICATION

10366685v1/016966

**NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Please take notice that, on May 9, 2022 at 1:30 p.m. or as soon thereafter as counsel may be heard, Plaintiff LSIMC, LLC shall, and hereby does move pursuant to Rule 23(b)(3) of the Federal Rules of Civil Procedure, for the entry of an order granting class certification, appointing Plaintiff as class representative, and appointing Susman Godfrey, L.L.P. as class counsel for the following class (the "Investment Earnings Only California Class"):

> All current and former owners of life insurance policies who have received credited interest on policies issued by American General Life Insurance Company, or its predecessors, in the State of California on policy forms that provide that any redetermination of interest rates will be based "only on expectations of future investment earnings" and that have a guaranteed minimum annual effective interest rate of 3.00%.

Excluded from the class are (a) Defendant, its officers and directors, members of their immediate families, and the heirs, successors, or assigns of any of the foregoing; (b) all judges presiding in this case and their chambers staff; and (c) all counsel of record in this case.

The hearing on the motion will be held in the courtroom of the Honorable Stephen V. Wilson, Courtroom 10A, United States District Court, Central District of California, 350 W. 1st Street, Los Angeles, CA 90012.

This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the accompanying declaration of Lear Jiang, and exhibits thereto, all of the pleadings, files, and records in this proceeding, the court file, and any further evidence and argument that may be presented to the Court prior to or at the hearing on this Motion.

This Motion is made pursuant to the Court's order at Dkt. 70.

Dated: February 10, 2022            Respectfully submitted,

By: */s/ Steven G. Sklaver*

Steven G. Sklaver
Glenn C. Bridgman
Lear Jiang
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel:   310-789-3100
Fax:   310-789-3150
ssklaver@susmangodfrey.com
gbridgman@susmangodfrey.com
ljiang@susmangodfrey.com

Seth Ard (*pro hac vice*)
Ryan C. Kirkpatrick
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel.:  212-336-8330
Fax:   212-336-8340
sard@susmangodfrey.com
rkirkpatrick@susmangodfrey.com

*Attorneys for LSIMC, LLC*