Steven Sklaver (237612)
ssklaver@susmangodfrey.com
Glenn C. Bridgman (298134)
gbridgman@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, 14th Floor
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

Seth Ard (*pro hac vice*)
Ryan C. Kirkpatrick (243824)
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel.: 212-336-8330
Fax: 212-336-8340
sard@susmangodfrey.com
rkirkpatrick@susmangodfrey.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LSIMC, LLC, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:20-cv-11518-SVW-PVC<br><br>Honorable Stephen V. Wilson<br><br>**CLASS ACTION**<br><br>**(PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Hearing: May 9, 2022<br>Time: 1:30 p.m.<br>Place: Courtroom 10A<br>Judge: Stephen V. Wilson<br><br>Third Amended Compl. filed: 02/09/2022 |

10336303v1/016966

Plaintiff's motion for Class Certification came on for hearing before this Court on May 9, 2022. All parties were represented by counsel.

Having considered Plaintiff's Motion for Class Certification and all papers filed in support thereof and in opposition thereto, and the arguments of counsel, and good cause appearing, Plaintiff's Motion for Class Certification is **GRANTED.**

**It is therefore ORDERED as follows:**

1. This action is certified as a class action pursuant to Rule 23(a) and (b)(3) of the Federal Rules of Civil Procedure.

2. The class shall consist of (the "Investment Earnings Only California Class"):

   All current and former owners of life insurance policies who have received credited interest on policies issued by American General Life Insurance Company, or its predecessors, in the State of California on policy forms that provide that any redetermination of interest rates will be based "only on expectations of future investment earnings" and that have a guaranteed minimum annual effective interest rate of 3.00%.

   Excluded from the class are (a) Defendant, its officers and directors, members of their immediate families, and the heirs, successors, or assigns of any of the foregoing; (b) all judges presiding in this case and their chambers staff; and (c) all counsel of record in this case.

3. Plaintiffs LSIMC, LLC is appointed as the Class Representative.

4. Susman Godfrey L.L.P. is appointed as Class Counsel.

**IT IS SO ORDERED**.

10336303v1/016966

| | | |
|---|---|---|
| 1 | Dated: _____ | _____ |
| 2 | | Stephen V. Wilson |
| | | UNITED STATES DISTRICT JUDGE |

2

10336303v1/016966