Steven Sklaver (237612)
Glenn C. Bridgman (298134)
Lear Jiang (338600)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, 14th Floor
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
ssklaver@susmangodfrey.com
gbridgman@susmangodfrey.com
ljiang@susmangodfrey.com

Seth Ard (*pro hac vice*)
Ryan C. Kirkpatrick (243824)
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel.:  212-336-8330
Fax:   212-336-8340
sard@susmangodfrey.com
rkirkpatrick@susmangodfrey.com

*Class Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| LSIMC, LLC, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:20-cv-11518-SVW (PVCx)<br><br>**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:  February 13, 2023<br>Time:  1:30 p.m.<br>Ctrm:  10A<br>Judge: Stephen V. Wilson<br><br>Fourth Am. Comp. filed: January 20, 2023 |

NOTICE OF MOTION RE PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

11064010v1/016966

TO THE COURT AND ALL PARTIES OF RECORD:

Please take notice that on February 13, 2023, or as soon after as may be heard, in Courtroom 10A, before the Honorable Stephen V. Wilson, Plaintiff LSIMC, LLC, individually and on behalf of a class of class members proposed to be certified for purposes of settlement (the "Settlement Class"), respectfully moves this Court for an order:

1. Finding that it is likely to certify the Settlement Class, appointing LSIMC as class representative and Susman Godfrey as Class Counsel for settlement purposes;
2. Preliminarily approving the Settlement and Plan of Allocation, and scheduling a hearing for consideration of final approval and Class Counsel's motion for fees, costs, and service awards;
3. Approving the form and manner of notice, appointing JND as Settlement Administrator, and directing notice;
4. Staying proceedings; and
5. Preliminarily enjoining Settlement Class Members who do not timely submit a Request for Exclusion from filing litigation related to the claims alleged in this action.

This motion is based upon this notice of motion and motion, the included memorandum of points and authorities, the declaration of Glenn C. Bridgman and the exhibits attached thereto, the Declaration of Robert Mills, the Declaration of the Honorable Gary A. Feess (Ret.), the Declaration of Gina Intrepido-Bowen, the filings in this action, and such other written and oral argument as may be presented to the Court.

Plaintiff has conferred with Defendant American General Life Insurance Company and Defendant has informed Plaintiff that it does not oppose the relief sought in this Motion.

Dated: January 20, 2023  Respectfully submitted,

By: */s/ Steven G. Sklaver*
Steven G. Sklaver
Glenn C. Bridgman
Lear Jiang
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel:   310-789-3100
Fax:   310-789-3150
ssklaver@susmangodfrey.com
gbridgman@susmangodfrey.com
ljiang@susmangodfrey.com

Seth Ard (*pro hac vice*)
Ryan C. Kirkpatrick
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel.:   212-336-8330
Fax:   212-336-8340
sard@susmangodfrey.com
rkirkpatrick@susmangodfrey.com

*Class Counsel*