Steven Sklaver (237612)
Glenn C. Bridgman (298134)
Lear Jiang (338600)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, 14th Floor
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
ssklaver@susmangodfrey.com
gbridgman@susmangodfrey.com
ljiang@susmangodfrey.com

Seth Ard (*pro hac vice*)
Ryan C. Kirkpatrick (243824)
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel.:  212-336-8330
Fax:  212-336-8340
sard@susmangodfrey.com
rkirkpatrick@susmangodfrey.com

*Class Counsel*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| LSIMC, LLC, on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>        Defendant. | Case No. 2:20-cv-11518-SVW-PVC<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:   June 26, 2023<br>Time:   1:30 p.m.<br>Ctrm:   10A<br>Judge:  Stephen V. Wilson |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on June 26, 2023, at 1:30 p.m., or as soon thereafter as the matter may be heard, before the Honorable Stephen V. Wilson, Plaintiff LSIMC, LLC, individually and on behalf of a class of class members proposed to be certified for purposes of settlement (the "Settlement Class"), will and hereby does move this Court for an order certifying the Settlement Class for settlement purposes and granting final approval of the class action settlement in this matter.

In its order granting preliminary approval of the proposed class action settlement in this matter, the Court stated that "[t]he final approval hearing shall be set for June 26, 2023, at 1:30pm." The hearing for this Motion will be held in the courtroom of the Honorable Stephen V. Wilson, Courtroom No. 10A, United States District Court, Central District of California, 350 W. First Street, Los Angeles, California 90012.

In support of this Motion, Plaintiff relies on the included memorandum of points and authorities, the Declaration of Glenn C. Bridgman and the exhibits attached thereto, the Declaration of Gina Intrepido-Bowden, the filings in this action, and such other written and oral argument as may be presented to the Court.

Plaintiff has conferred with Defendant American General Life Insurance Company and Defendant has informed Plaintiff that it does not oppose the relief sought in this Motion.

Dated:  May 29, 2023                     Respectfully submitted,


                                         By:*/s/ Steven G. Sklaver*
                                             Steven G. Sklaver
                                             Glenn C. Bridgman
                                             Lear Jiang
                                             SUSMAN GODFREY L.L.P.
                                             1900 Avenue of the Stars, Suite 1400
                                             Los Angeles, CA 90067-6029

| | |
|---|---|
| 1 | Tel: 310-789-3100 |
| 2 | Fax: 310-789-3150<br>ssklaver@susmangodfrey.com<br>gbridgman@susmangodfrey.com |
| 3 | ljiang@susmangodfrey.com |
| 4 | Seth Ard (*pro hac vice*)<br>Ryan C. Kirkpatrick |
| 5 | SUSMAN GODFREY L.L.P.<br>1301 Avenue of the Americas, 32nd Floor |
| 6 | New York, NY 10019<br>Tel.: 212-336-8330 |
| 7 | Fax: 212-336-8340<br>sard@susmangodfrey.com |
| 8 | rkirkpatrick@susmangodfrey.com |
| 9 | *Class Counsel* |

2
NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT