Steven Sklaver (237612)
Glenn C. Bridgman (298134)
Lear Jiang (338600)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, 14th Floor
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150
ssklaver@susmangodfrey.com
gbridgman@susmangodfrey.com
ljiang@susmangodfrey.com

Seth Ard (*pro hac vice*)
Ryan C. Kirkpatrick (243824)
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel.:  212-336-8330
Fax:  212-336-8340
sard@susmangodfrey.com
rkirkpatrick@susmangodfrey.com

*Class Counsel*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| LSIMC, LLC, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:20-cv-11518-SVW-PVC<br><br>**NOTICE OF MOTION AND MOTION FOR REDISTRIBUTION OF REMAINING SETTLEMENT FUNDS**<br><br>Date:   November 18, 2024<br>Time:   1:30 p.m.<br>Ctrm:   10A<br>Judge:  Stephen V. Wilson |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on November 18, 2024, at 1:30 p.m., or as soon thereafter as the matter may be heard, before the Honorable Stephen V. Wilson, Plaintiff LSIMC, LLC, individually and on behalf of the approved Settlement Class, will and hereby does move this Court for an order authorizing a redistribution of remaining settlement funds in this matter as outlined in the concurrently filed memorandum of points and authorities.

In support of this Motion, Plaintiff relies on the included memorandum of points and authorities, the Declaration of Gina Intrepido-Bowden, the filings in this action, and such other written and oral argument as may be presented to the Court.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on October 11, 2024, and in which Defendant expressed no opposition to this filing. Plaintiff therefore respectfully submits that a hearing is not necessary to resolve the issues presented in this Motion.

Dated: October 11, 2024        Respectfully submitted,

By: */s/ Steven G. Sklaver*
Steven G. Sklaver
Glenn C. Bridgman
Lear Jiang
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: 310-789-3100
Fax: 310-789-3150
ssklaver@susmangodfrey.com
gbridgman@susmangodfrey.com
ljiang@susmangodfrey.com

Seth Ard (*pro hac vice*)
Ryan C. Kirkpatrick
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel.: 212-336-8330
Fax: 212-336-8340

1

sard@susmangodfrey.com
rkirkpatrick@susmangodfrey.com

*Class Counsel*

2

NOTICE OF MOTION FOR REDISTRIBUTION OF REMAINING SETTLEMENT FUNDS